UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| XIUQIN YAN,<br><br>        Petitioner,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>        Respondent. | No. 20-71630<br><br>Agency No. A200-781-003<br>Board of Immigration Appeals<br><br>**ORDER** |

Petitioner's motion (Docket Entry No. 5) for an extension of time to file the opening brief is granted. The petitioner's opening brief is due November 16, 2020; respondent's answering brief is due January 15, 2021; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Samantha Allison Miller
Deputy Clerk
Ninth Circuit Rule 27-7