UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| XIUQIN YAN,<br><br>   Petitioner,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>   Respondent. | No. 20-71630<br><br>Agency No. A200-781-003<br>Board of Immigration Appeals<br><br>**ORDER** |

  Petitioner's motion (Docket Entry No. 7) for an extension of time to file the opening brief is granted. The petitioner's opening brief is due January 15, 2021; respondent's answering brief is due March 16, 2021; and the optional reply brief is due within 21 days after service of the answering brief.

             FOR THE COURT:

             MOLLY C. DWYER
             CLERK OF COURT

             By: Samantha Allison Miller
             Deputy Clerk
             Ninth Circuit Rule 27-7