UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| XIUQIN YAN,<br><br>        Petitioner,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>        Respondent. | No.   20-71630<br><br>Agency No. A200-781-003<br><br><br>ORDER |

Petitioner's motion (Docket Entry No. 10) to file a late opening brief is denied as unnecessary because the opening brief was timely filed on November 19, 2020 at Docket Entry No. 9.

The answering brief remains due March 16, 2021. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Samantha Miller
Deputy Clerk
Ninth Circuit Rule 27-7

SM/Pro Mo