UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

XIUQIN YAN,

          Petitioner,

  v.

MERRICK B. GARLAND, Attorney
General,

          Respondent.

No. 20-71630

Agency No. A200-781-003
Board of Immigration Appeals

**MANDATE**

The judgment of this Court, entered May 19, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT